STATE OF CONNECTICUT *v.* ARTHUR W. BERRY

STATE OF CONNECTICUT *v.* RICHARD A. LEMIEUX

The state's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Robert E. Beach, Jr.,* assistant state's attorney, in support of the petition.

Submitted October 30—decided November 3, 1978

BRUCE SINGER *v.* JOHN Y. K. WONG

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Edward F. Fink,* in support of the petition.

Submitted October 31—decided November 3, 1978

DIAMOND SALES COMPANY, INC. *v.* SAMUEL A. SPITZ ET AL.

The plaintiff's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Harry L. Nair,* in support of the petition.

*Mark H. Swerdloff,* in opposition.

Submitted November 8—decided November 15, 1978